# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ALVIN STANLEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:23-cv-53 |
| v. | * | |
| TIMOTHY WARD, et al., | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directives and **DENIES as moot** Plaintiff's Motion for Preliminary Injunction. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___24___ day of ___August___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)